NO. 30052

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HAWAII STATE TEACHERS ASSOCIATION and UNITED PUBLIC WORKERS,
AFSCME, Local 646, AFL-CIO,
Plaintiffs-Appellants/Appellees/Cross-Appellants,

vs.

NEIL ABERCROMBIE, Governor, State of Hawai'i; BARBARA A. KRIEG,
Interim Director, Department of Human Resources Development,
State of Hawai'i; and KALBERT K. YOUNG, Director, Department of
Budget and Finance, State of Hawai'i; Doe Defendants 1-10,
Defendants-Appellees/Appellants/Cross-Appellees.

---

APPEAL FROM THE FIRST CIRCUIT COURT
(CIV. NO. 09-1-1372)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakayama, Acting C.J., and Duffy, J.,
Circuit Judge Ahn in place of Moon, C.J., recused and retired,
and Circuit Judge Lee in place of Recktenwald, J., recused,
and Acoba, J., dissenting)

Plaintiffs-Appellants/Appellees/Cross-Appellants Hawaii

State Teachers Association and United Public Workers, AFSCME,

Local 646, AFL-CIO's motion for reconsideration is hereby denied.

DATED:  Honolulu, Hawai'i, February 3, 2012.

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Karen S. S. Ahn

/s/ Randal K. O. Lee

